IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA BECKEL, | ) |
| | ) Case No. 8:04CV275 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on plaintiff's motion for attorney fees and costs. Filing No. 24. The defendant has filed a response indicating that it has no objection to the award of fees and costs, since plaintiff is a prevailing party in this case under the Equal Access to Justice Act. 28 U.S.C. § 2412(d). The parties agree that an award of $4,041.25 for fees and $150.00 for costs is reasonable and appropriate. The court has carefully reviewed the record, and in particular the affidavit of the plaintiff, Filing No. 26, and finds the amount requested to be reasonable for both the hourly rate and the hours expended.

ACCORDINGLY, IT IS ORDERED that the plaintiff is entitled to attorney fees under the Equal Access to Justice Act in the amount of $4,041.25 and for $150.00 for filing fees from the Judgment Fund administered by the United States Treasury.

DATED this 26th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge